App. Div.]     Second Department, March, 1907.

The People of the State of New York ex rel. Charles Hoefle, Appellant, v. Matthew J. Cahill, Coroner of the Borough of Richmond in the City of New York, Respondent.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

The People of the State of New York ex rel. Thomas R. McGinley, Appellant, v. Matthew J. Cahill, as Coroner of the Borough of Richmond in the City of New York, Respondent.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

John Ubart, as Administrator, etc., of Lizzie Ubart, Deceased, Respondent, v. The Baltimore and Ohio Railroad Company, Appellant.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Thomas Burke, Respondent, v. Levering & Garrigues Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Edward Christie, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Charles D. Cords, Respondent, v. Edward Ruth, Appellant.— Judgment of the Municipal Court reversed on reargument on the opinion in the same case (115 App. Div. 568), and new trial ordered, costs to abide the event. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Frank Dojahn, Respondent, v. Herman Schomaker, Appellant.— The determination of this appeal will be postponed for the present, and if the respondent can supply the missing testimony, supported by affidavit, it will be received as a part of the return. Such evidence must be supplied in court on March 22, 1907.

Daniel Le Roy Dresser, Respondent, v. The Mercantile Trust Company and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Samuel Edwards, Respondent, v. John Gibb and Others, Composing the Firm of Frederick Loeser & Company, Appellants.— Judgment of the Municipal Court reversed as against the weight of evidence as to the negligence of the defendants, and new trial ordered, costs to abide the event. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Louis Fishman, Respondent, v. Bernhard Campbell, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. See Mogile v. Hamburger (post p. 901), decided herewith. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

David Kratenstein, Respondent, v. Abraham Bernstein, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. See Mogile v. Hamburger (post p. 901), decided herewith. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Solomon Mogile, Respondent, v. Emil Hamburger, Appellant.— There being no appellant's brief or appearance of counsel to argue the appeal, judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.